U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 23 2009

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| THOMAS DAVID MILLS | CIVIL ACTION NO. 08-1266 |
| VS. | JUDGE ROBERT G. JAMES |
| LARRY GUY, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 9], and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record [Doc. No. 10],

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff Thomas David Mills's Civil Rights Complaint is DISMISSED WITHOUT PREJUDICE to his right to refile his Complaint at a later date.

MONROE, LOUISIANA, this 23 day of January, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE